**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 103 EM 2022

          Respondent         :

          v.         :

ROY WINDOM,         :

          Petitioner        :

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of April, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Petitioner is allotted 15 days in which to file his Petition for Allowance of Appeal.